Erin Gettel
Nevada Bar No. 13877
Snell & Wilmer L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
(702)-784-5200 x5329
egettel@swlaw.com

*Attorney for Alfonzo Lobas*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| United States of America, | Case No. 2:22-cr-00051-JCM-BNW |
|---|---|
| Plaintiff, | **Second Stipulation to Continue Motion Deadlines** |
| v. | |
| Alfonzo Lobas, | |
| Defendant. | |

The government and Alfonzo Lobas jointly request that this Court reset the deadline to file pretrial motions and notices of defenses under LCR 12-1(b) to September 12, 2022.

The parties enter this stipulation because:

1. On May 12, 2022, the first-continued pretrial motion deadline expired.

2. On June 27, the government produced 26 body camera videos in addition to the 80 body camera videos that were previously produced.

3. On June 30 and July 5, the government produced additional discovery.

4. Defense counsel has requested additional discovery items, some of which remain outstanding.

5. Defense counsel needs additional time to review the discovery provided, conduct investigation, and litigate any necessary pretrial motions before trial.

6. Trial is currently set for December 19, so the requested deadline will not interfere with the trial date.

DATED: July 13, 2022.

By  */s/ Erin Gettel*
Erin Gettel

Jason M. Frierson
United States Attorney

By  */s/ Daniel J. Cowhig*
Daniel J. Cowhig
Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff,<br><br>v.<br><br>Alfonzo Lobas,<br><br>      Defendant. | Case No. 2:22-cr-00051-JCM-BNW<br><br>**Order Granting Second Stipulation to Continue Motion Deadlines** |

      Based on the stipulation of counsel, the Court finds that good cause exists to reset the deadline for filing pretrial motions and notices of defenses under LCR 12-1(b) to September 12, 2022. The additional time is to allow defense counsel sufficient time to investigate and litigate any necessary pretrial motions before trial, which is set for December 19, 2022.

      IT IS THEREFORE ORDERED that the parties will have until September 12, 2022, to file pretrial motions and notices of defenses under LCR 12-1(b). Responses and replies will be due within 14 and 7 days of service of the motion or response, respectively. LCR 12-1(a)(2)–(3).

      DATED: July 14, 2022.

                                                Brenda Weksler
                                                U.S. Magistrate Judge

4887-4682-3207.3